UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-60697-CIV-DIMITROULEAS

ZACHARY NICHOLAS,

    Plaintiff,

vs.

ENHANCED RECOVERY COMPANY, LLC,

    Defendant.
_____/

**ORDER DISMISSING CASE FOR FAILURE TO COMPLY
WITH RULE 4(M) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

THIS CAUSE is before the Court upon the August 4, 2011 Order to Show Cause for Failure to Comply with Rule 4(m) of the Federal Rules of Civil Procedure [DE-7], whereby Plaintiff was ordered to either perfect service upon Defendant in the above-styled cause, show that service has already been made, or show good cause as to why service has not been perfected on or before August 12, 2011. The Order further indicated that failure to timely respond would result in immediate dismissal of this case. There has been no response filed by Plaintiff.

Rule 4(m) of the Federal Rules of Civil Procedure requires the dismissal of an action if the plaintiff fails to serve the complaint within 120 days after it is filed and does not show good cause for failing to comply with this 120-day requirement. See Cooper v. Associates Financial Svcs. Co., 971 F.2d 640, 641 (11th Cir. 1992); see also Prisco v. Frank, 929 F.2d 603, 604 (11th Cir. 1991) ("the complaint must be dismissed"); Schnabel v. Wells, 922 F.2d 726, 728 (11th Cir. 1991) (dismissal without prejudice was mandated by Rule 4(m)). "To this effect, the federal rules and the Eleventh Circuit cases are unequivocal that an action must be dismissed unless 'good cause' is shown." Cox v. Arizona League of Professional Baseball Clubs, Inc., 151 F.R.D. 436,

437 (M.D. Fla. 1993)**.**

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Pursuant to Federal Rule of Civil Procedure 4(m), the above-styled action is hereby **DISMISSED WITHOUT PREJUDICE;**

2. If Plaintiff wishes to re-file this case, he cannot simply file an Amended Complaint under this case number. Rather, he must file a new case and pay a new filing fee;

3. The Clerk is directed to **CLOSE** this and deny all pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 16th day of August, 2011.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record